# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| HELEN SCHANDOLPH, | ) |
| Plaintiff, | ) |
| v. | ) CV417-247 |
| BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA and JEANNE McGOWAN, | ) |
| Defendants. | ) |

## ORDER

Plaintiffs motion to exceed the Court's Local Rule-imposed page limitation (doc. 48), which is unopposed, is **GRANTED**. *See* S.D. Ga. L. R. 7.5 ("Failure to respond within the applicable time period shall indicate that there is no opposition to a motion.").

**SO ORDERED,** this __29th__ day of January, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA