# United States District Court
## Southern District of Georgia

Helen Schandolph,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV417-247

Board of Regents of the University System of Georgia, and Jeanne McGowan, in her individual capacity,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 11/13/19, granting Defendants' motion for summary judgment, judgment is hereby entered in favor of Defendants' Board of Regents of the University System of Georgia, and Jeanne McGowan and against Plaintiff Helen Schandolph. This case stands closed.



| 11/13/19 | Scott L. Poff |
|---|---|
| Date | Clerk |

*(signature)*

(By) Deputy Clerk